THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES H. STEBBINS, as Executor of MARY L. VAIL, Deceased, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Stebbins* v. *Purdy,* 144 App. Div. 361, affirmed.
(Argued October 4, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1911, which reversed an order of Special Term vacating an assessment against personal property of relator and dismissed the proceeding.

*Theodore L. Bailey* for appellant.

*Archibald R. Watson, Corporation Counsel (Curtis A. Peters* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.